In the Matter of the Claim of FRANCES LIPSCHITZ, Respondent, against HOTEL CHARLES, Respondent, and NEW YORK INDEMNITY COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued October 2, 1929; decided October 22, 1929.)

*Everett W. Bovard* and *Clarence E. Mellen* for appellant.

*Hamilton Ward, Attorney-General (E. C. Aiken* of counsel), for State Industrial Board, respondent.

*Nathan Probst, Jr.,* for Hotel Charles, respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.